**No. 45206.**—Protests 769204–G, etc., of Calvaire, Inc., et al. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of atomizers in chief value of decorated glass similar to those the subject of Abstract 44140. The claim at 60 percent under paragraph 218 (f) was therefore sustained.

**No. 45207.**—Protests 769624–G, etc., of M. Pressner & Co. et al. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) Squawker balloons in part of bamboo similar to those the subject of Abstract 40493 at 45 percent under paragraph 409; (2) daggers in chief value of metal at 45 percent under paragraph 397, Abstract 37637 followed; and (3) kazoos similar to those the subject of Abstract 32264 at 45 percent under paragraph 397.

**No. 45208.**—Protest 838829–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J. It was stipulated that certain of the merchandise consists of squawker balloons similar to those the subject of Abstract 40493 and kazoos like those the subject of Abstracts 44122 and 32264. The claim at 45 percent under paragraphs 409 and 397 was therefore sustained.

**No. 45209.**—Protest 897421–G of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 40493 squawker balloons in part of bamboo were held dutiable at 45 percent under paragraph 409. Trick daggers like those the subject of Abstract 37637 were held dutiable at 45 percent under paragraph 397.

**No. 45210.**—Protest 944561–G of Levin Bros. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of paper play balls similar to those the subject of Abstract 40492. The claim at 35 percent under paragraph 1413 was therefore sustained.

**No. 45211.**—Protest 975545–G of Dan Brechner & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of sirens in chief value of metal the same as those the subject of Abstract 40480. The claim at 45 percent under paragraph 397 was therefore sustained.